A CERTIFIED TRUE COPY

ATTEST

By Dana Stewart on Mar 17, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 27, 2009**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**

Riceland Foods, Inc. v. Bayer AG, et al.,  )

E.D. Arkansas, C.A. No. 3:09-8  )  MDL No. 1811

## CONDITIONAL TRANSFER ORDER (CTO-29)

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006).  Since that time, 262 additional actions have been transferred to the Eastern District of Missouri.  With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Mar 17, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel